UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                              Case No. 2:15-cr-22
                                              HON. Robert Holmes Bell

TYLER JOHN LAFOND,

          Defendant.
_____/

## ORDER OF DETENTION

     Defendant appeared before the undersigned on August 21, 2015 for an initial appearance and arraignment on an indictment. The government moved for detention and asked for three days to prepare for a hearing. Counsel for the defendant requested time to review the matter with her client and to reserve the right to request a detention hearing at a later date.

     This Court inadvertently failed to file an order of detention at the time of the initial appearance. For the present, defendant shall be detained pending further proceedings.

     IT IS SO ORDERED.

                                                                  */s/ Timothy P. Greeley*
                                                                  TIMOTHY P. GREELEY
                                                                  UNITED STATES MAGISTRATE JUDGE

Dated: 12/1/2015